```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/3/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO BADESCU SKIN CARE, INC.,

                Plaintiff,

-against-

SENTINEL INSURANCE COMPANY, LIMITED,

                Defendant.

20 Civ. 6699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 23, 27, and 28, 2021. ECF Nos. 29–31. Accordingly:

1. By **May 17, 2021**, Defendant shall file its motion to dismiss the amended complaint;
2. By **June 7, 2021**, Plaintiff shall file its opposition papers; and
3. By **June 21, 2021**, Defendant shall file its reply, if any.

    Additionally, the case management conference scheduled for May 5, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 3, 2021
         New York, New York

                                              ANALISA TORRES
                                       United States District Judge