USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2021__

## Weg and Myers, P.C.

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 100
(212) 227-4210
FAX (212) 349-6702
WWW.WEGANDMYERS.COM

| CONNECTICUT AFFILIATE | NEW JERSEY AFFILIATE |
|---|---|
| LAW OFFICE OF | LAW OFFICE OF |
| BRIAN D. ROSENFELD | MASELLI-WARREN, P.C. |
| 16 RIVER STREET | 600 ALEXANDER ROAD |
| NORWALK, CT 06850 | PRINCETON, NJ 08540 |
| (203) 853-3888 | (609) 452-8411 |

July 27, 2021

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Mario Badescu Skin Care, Inc. v. Sentinel Insurance Company Limited*
    Docket:    USDC/SDNY, Case #20-cv-6699
    Our File:    20-117

Hon. Judge Torres:

    This firm represents Plaintiff Mario Badescu in the above-referenced action. We write in support of a joint application to amend the current Case Management Plan and Order ("CMO"), dated November 5, 2020, as it relates to the submission of a Joint Pre-Trial Order.

    As noted in prior correspondence to Your Honor, this case arises from a dispute regarding coverage for Covid-19 losses in connection with a policy of insurance issued by Defendant Sentinel Insurance Company Limited ("Defendant" or "Sentinel") to Plaintiff Mario Badescu Skin Care, Inc. ("Plaintiff" or "Mario Badescu").

    To date, the parties completed fact discovery, exchanged expert reports on May 10, 2021, exchanged expert rebuttal reports on June 4, 2021 and completed expert depositions on July 22, 2021. Additionally, Defendant's motion to dismiss Plaintiff's pleadings is presently before Your Honor and is awaiting a decision. While the Court's current CMO mandates the filing of a Joint Pre-Trial Order within 30 days of the completion of discovery, which in this case would be August 30, 2021, given the pending motion the parties jointly request that the date for filing of the Joint Pre-Trial Order be extended to a date which is 30 days subsequent to the date that the current motion is decided.

GRANTED.

SO ORDERED.

Dated: December 8, 2021
       New York, New York

*[Signature]*
ANALISA TORRES
United States District Judge