# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARIO BADESCU SKIN CARE INC.,

                Plaintiff,                  20 **CIVIL** 6699 (AT)

     -against-                    **JUDGMENT**

SENTINEL INSURANCE CO.,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2022, Sentinel's motion to dismiss the amended complaint is GRANTED. Plaintiff has already amended its complaint once. For the reasons stated above, the Court finds that further attempts to amend the complaint would be futile. Accordingly, the amended complaint is DISMISSED with prejudice and the case is closed.

**Dated:**  New York, New York
          January 28, 2022

                                                  **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**
                             **BY:**
                                                        _____
                                                             Deputy Clerk